IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CARLOS GARCIA,** | : |
| Petitioner, | : |
| vs. | :   **CIVIL ACTION 06-0758-CG-B** |
| **DAVID O. STREIFF,** *et al.*, | : |
| Respondents. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE and ORDERED** this 31st day of July, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE